# Exhibit 1

Verizon Online, LLC.
Sprint
Charter Communications
Cox Communications, Inc.
Qwest
Insight Communications
Clearwire