**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FUNIMATION ENTERTAINMENT A TEXAS LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 1,427,<br><br>    Defendants. | Case No. 2:11-cv-00269<br><br>Judge: Hon. David Folsom |

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for the movant has complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed. The personal conference required by this rule was conducted telephonically on July 11, 2011, by Michael D. Findlay and Evan Flournoy Stone.

>                              */s/ Eric H. Findlay*
>                              Eric H. Findlay