# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT<br>A TEXAS LIMITED PARTNERSHIP, | § § § | |
| PLAINTIFF, | § § | |
| VS. | § § | |
| DOES 1 - 1,427 | § § | C.A. NO.: 2:11-cv-00269 |
| DEFENDANTS. | § | |

## NOTICE REGARDING DEFENDANT APPEARANCE

Pursuant to the Court's Order to Conduct a Rule 26(f) Conference, Plaintiff promptly contacted local counsel for the Electronic Frontier Foundation ("EFF"), Findlay Craft, to set up such a conference.  Counsel for the EFF noted that his clients had appeared only as Amici in this matter, thereby making a discovery conference with them improper.  Per the Court's records, there is no indication that any defendant has yet appeared as of this writing.

Should the Court wish to appoint the EFF as attorneys ad litem for the unknown defendants, as other courts have done[1], Plaintiff notes that it has no objection and will thereby be able to comply with the Court's Order to Conduct a Rule 26(f) Conference.

Respectfully Submitted,

s/ *E. F. Stone*

Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas  76201
Phone: 469-248-5238
Fax:  310-756-1201
E-mail: lawoffice@wolfe-stone.com

---

[1] See *Mick Haig Productions v. Does 1 – 670*, Case No. 3:10-cv-01900 (N.D.T.X.) (Godbey, D.)

**CERTIFICATE OF SERVICE**

Having filed this Notice through the Court's ECF system, Plaintiff has effectively served a copy of this Notice by e-mail through the Court's automated notification system on the affected entities that have appeared in this action.  Because the identities and contact information of the John Doe Defendants are unknown at this time, service could not be made on Defendants.


s/ *E. F. Stone*
Evan Stone