IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

Judge David Folsom

| | | |
|---|---|---|
| FUNIMIATOR ENTERPRISE | )( | |
| | )( | |
| | )( | |
| | )( | |
| V. | )( | CIVIL NO. 2:11CV269 |
| | )( | |
| 1-1427 DOES | )( | |

_____

ATTORNEY FOR PLAINTIFFS:        Evan Stone

ATTORNEY FOR DEFENDANTS:      Michael Findlay

LAW CLERK:                              Evelyn Chen

COURTROOM DEPUTY:             Mel Martin

COURT REPORTER:                    Libby Crawford

_____

STATUS CONFERENCE
December 1, 2011 @ 10:00 a.m.

OPEN: 9:57_____ADJOURN:   10:05
_____

9:57    ct opens; ct/ address' the ptys; pty provide introduction; ct/ suggestion by plf that you
         serve as ad litem for dft;

9:57    Findlay/ responds;

9:58    ct/ would you feel it would be inappropriate or a conflict to be appointed as ad litem;

9:58    Findlay/ not necessarily a conflict but not appropriate

9:58    Stone/ responds;

9:59    ct/ wants to resolve this issue; inclined that before we take up this issue to appoint an ad
         litem; will try to determine someone that would be willing to serve as ad litem

10:00   Stone/ similar case

10:00   ct/ how were they compensated

10:00   Stone/ responds;

10:00   Findlay/ will take this back to EFF

10:00   ct/ let us know by next Friday or sooner

10:01   Stone/ orders entered in other cases

10:01   ct/ suggests looked at all cases submitted by EFF and will be happy to look at these; no later than Friday of next week advise if EFF counsel can serve as ad litem; thoughts concerning if   Does should be represented by ad litem;

10:02   Findlay/ responds, not a bad idea and can have an answer by tomorrow;

10:02   ct/ the sooner the better; resolve initial issues prior to my retirement;   anything else that needs to be discussed;   copy opposing counsel if you are willing to serve as ad litem;

10:05   adjourned;