IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNIMATION ENTERTAINMENT A TEXAS LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 1,427, <br><br> Defendants. | Case No. 2:11-cv-00269 <br><br> Judge: Hon. David Folsom |

**NOTICE OF ATTORNEYS MATTHEW ZIMMERMAN, ERIC H. FINDLAY AND MICHAEL D. FINDLAY WILLINGNESS TO APPEAR AS *AD LITEM* COUNSEL ON BEHALF OF DOES 1-1,427 SOLELY FOR THE PURPOSE OF RESPONDING TO THE PLAINTIFF'S MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

TO PLAINTIFF FUNIMATION ENTERTAINMENT AND ALL COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that attorneys Matthew Zimmerman (*pro hac vice* application pending), Eric H. Findlay and Michael D. Findlay are willing to appear and accept appointment by this Court to appear as *ad litem* counsel on behalf of the as-yet unidentified Does 1 – 1,427 *solely* for the purpose of responding to Plaintiff's Motion for Leave to Take Expedited Discovery with that proposed representation to expire upon the resolution of Plaintiff's Motion.

Dated: December 7, 2011                     Respectfully submitted,

*By: /s/ Michael D. Findlay*
Michael D. Findlay
State Bar No. 24077855
Eric H. Findlay
Texas Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101

        Tyler, TX 75703
        Telephone: (903) 534-1100
        Facsimile: (903) 534-1137
        mfindlay@findlaycraft.com
        efindlay@findlaycraft.com

        Matthew Zimmerman (*Pro Hac Vice Pending*)
        Electronic Frontier Foundation
        454 Shotwell St.
        San Francisco, CA 94110
        (415) 436-9333 x127
        mattz@eff.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 7, 2011, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This document was served on all counsel by electronic filing.

        */s/ Michael D. Findlay*
        Michael D. Findlay