**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FUNIMATION ENTERTAINMENT <br> A TEXAS LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 1,427, <br><br> Defendants. | Case No. 2:11-cv-00269 <br><br> Judge: Hon. David Folsom |

### ORDER APPOINTING ATTORNEYS MATTHEW ZIMMERMAN, ERIC H. FINDLAY AND MICHAEL D. FINDLAY AS AD LITEM COUNSEL ON BEHALF OF DOES 1-1,427 SOLELY FOR THE PURPOSE OF RESPONDING TO THE PLAINTIFF'S MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

The Court has read attorneys Matthew Zimmerman, Esq., Eric H. Findlay and Michael Findlay notice of willingness to accept appointment as *ad litem* counsel on behalf of the as-yet unidentified Does 1 – 1,427, **_solely_** for the purpose of responding to Plaintiff's Motion for Leave to Take Expedited Discovery with that proposed representation to expire upon the resolution of Plaintiff's Motion.

IT IS THEREFORE ORDERED that:

Matthew Zimmerman, Esq., Eric H. Findlay and Michael Findlay are hereby appointed as attorneys *ad litem* for Does 1 – 1,427 **_solely_** for the purpose of responding to Plaintiff's Motion for Leave to Take Expedited Discovery with that representation terminating upon the resolution of Plaintiff's Motion.

2