**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **FUNIMATION ENTERTAINMENT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIV. NO.: 2:11-CV-269 |
| | § | |
| **DOES 1 - 1,427,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On December 1, 2011, the Court held a Status Conference in the above-captioned case. Dkt. No. 12. At the Status Conference, the Court asked counsel the Electronic Frontier Foundation ("EFF") if they would be willing to serve as *ad litems* for Defendants. *Id*. On December 7, 2011, counsel for EFF notified the Court that they would be willing to serve as *ad litems* for Defendants.

It is hereby **ORDERED** that by no later than Wednesday, December 14, 2011, Plaintiff shall notify the Court of its thoughts regarding whether or not *ad litems* for Defendants are necessary; and if the Court appoints *ad litems*, the scope of the *ad litems'* duties in that regard.

**IT IS SO ORDERED.**

SIGNED this 9th day of December, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE