IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIV. NO.: 2:11-CV-269 |
| | § | |
| DOES 1 - 1,427, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 1, 2011, the Court held a Status Conference in the above-captioned case. Dkt. No. 12. At the Status Conference, the Court asked counsel for the Electronic Frontier Foundation ("EFF") if they would be willing to serve as *ad litems* for Defendants. *Id*. On December 7, 2011, counsel for EFF notified the Court that they would be willing to serve as *ad litems* for Defendants. On December 8, 2011, the Court requested Plaintiff to inform the Court of its thoughts regarding whether or not *ad litems* for Defendants are necessary; and if the Court appoints *ad litems*, the scope of the *ad litems'* duties in that regard. Dkt. No. 14. Plaintiff did so on December 14, 2011, and counsels for EFF filed a response on December 15, 2011. Dkt. Nos. 16 and 17.

Having considered Plaintiff's and counsels for EFF's submissions, the Court hereby **APPOINTS** the following as *ad litems* for Does 1 - 1,1427 for the limited purpose of responding to Plaintiff's Motion for Expedited Discovery (Dkt. No. 2).

1) Matthew Zimmerman of Electronic Frontier Foundation in San Francisco, California;

2) Michael Findlay of Findlay Craft LLP in Tyler, Texas; and

3) Eric Findlay of Findlay Craft LLP in Tyler, Texas.

The Court further ORDERS that the *ad litems* should submit a response to Plaintiff's Motion for Expedited Discovery by **Monday, January 30, 2012.**

**IT IS SO ORDERED.**

**SIGNED this 20th day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE