## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNIMATION ENTERTAINMENT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIV. NO.: 2:11-CV-269** |
| | § | |
| **DOES 1 - 1,427,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Take Expedited Discovery.  Dkt. No. 2.  Plaintiff's Motion was mistakenly docketed as both a Motion to Expedite as well as a Motion for Discovery.  *See* Docket Entry for Dkt. No. 2.  Accordingly, the Court hereby **DENIES AS MOOT** the Motion to Expedite. Plaintiff's Motion for Discovery (Dkt. No. 2) shall remain pending on the Court's docket.

Before the Court is The Electronic Frontier Foundation's Motion for Leave to File *Amicus Curiae* Brief.  Dkt. No. 3.  The Court has appoint attorneys for The Electronic Frontier Foundation ("EFF") as *ad litems* on behalf of Defendants for the purpose of responding to the Motion for Leave to Take Expedited Discovery.  Accordingly, the Court hereby **DENIES AS MOOT** EFF's Motion for Leave to File *Amicus Curiae* Brief (Dkt. No. 3).

   **IT IS SO ORDERED.**

   **SIGNED this 1st day of February, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE