IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT, | ) ) | Case No. 2:11-cv-00269-JRG |
| Plaintiff, | ) ) ) | Judge:  Hon. Rodney Gilstrap |
| v. | ) ) | |
| DOES 1 – 1,427, | ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO STAY DISCOVERY PENDING RECONSIDERATION OR APPEAL**

Before the Court is Defendants' Emergency Motion to Stay Discovery Pending Reconsideration or Appeal, filed by *ad litem* counsel.  On consideration of the Motion and the record in this case, the Court hereby ORDERS that all discovery in this case is stayed until the pending Motion for Reconsideration is decided or the appeal from the Court's grant of Plaintiff's motion for expedited discovery is resolved, whichever occurs later.  While this stay is in force, Plaintiff is ordered to refrain from serving any subpoena in this case or taking any action to enforce compliance with any subpoena already served.  Plaintiff is further ordered to serve a copy of this Order on any person or entity on which Plaintiff has already served a subpoena in this case.

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 21st day of March 2012.

    /s/ Matthew Zimmerman
Matthew Zimmerman