**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT, | ) | Case No. 2:11-cv-00269-JRG |
| Plaintiff, | ) | Judge:  Hon. Rodney Gilstrap |
| v. | ) | |
| DOES 1 – 1,427, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO RECONSIDER GRANT OF LEAVE
FOR EXPEDITED DISCOVERY (DKT #23) OR, IN THE ALTERNATIVE, FOR
CERTIFICATION OF INTERLOCUTORY APPEAL**

Before the Court is Defendants' Motion to Reconsider Grant of Leave for Expedited
Discovery (Dkt. # 23) or, in the Alternative, for Certification of Interlocutory Appeal, filed by *ad
litem* counsel.  On consideration of the Motion and the record in this case, the Court hereby
reconsiders its prior Order (Dkt. # 23) and DENIES Plaintiff's Motion for Expedited Discovery.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 21st day of March 2012.

  /s/ Matthew Zimmerman
Matthew Zimmerman